UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:
Kimberly Michele Boddy, Debtor
Chapter 7
Case No.: 25-12735-djb

Kimberly Michele Boddy, Plaintiff,
v.
U.S. Department of Education, Nelnet, Pennsylvania Higher Education Assistance Agency (PHEAA), ECSI, Penn State U.S. Department of Justice, Office of the Attorney General, and Office of General Counsel, Defendants.
**Adversary Proceeding No.: 25-00180-djb**

## MOTION FOR DEFAULT JUDGMENT

NOW COMES the Plaintiff, Kimberly Michele Boddy, appearing pro se, and respectfully submits this Motion for Default Judgment pursuant to **Rule 7055** of the Federal Rules of Bankruptcy Procedure and **Rule 55** of the Federal Rules of Civil Procedure:

1. On July 8, 2025, the Plaintiff filed the above-captioned adversary proceeding seeking a discharge of student loan debt under **11 U.S.C. § 523(a)(8)** on the grounds of undue hardship.

2. All named Defendants were properly served pursuant to **Rule 7004** of the Federal Rules of Bankruptcy Procedure and were required to respond within the time set forth in **Rule 7012.**

3. The Summons issued by the Clerk of the Bankruptcy Court required all named Defendants, except the United States and its agencies, to respond to the complaint on or before August 15, 2025. The United States and its agencies, including the U.S. Department of Education and U.S. Department of Justice, were required to respond on or before August 20, 2025. As of August 21, 2025, none of the named Defendants have filed an answer, motion, or any responsive pleading, nor have they served the Plaintiff with any response as required by the summons and applicable rules. Any informal communications from defendants to the Plaintiff, whether by email, letter, or telephone, are procedurally irrelevant under Federal Rule of Civil Procedure 12(a) and Bankruptcy Rule 7012. Only a properly filed responsive pleading satisfies the summons and

*[signature]*

Kimberly Michele Boddy

Plaintiff also requests that the Court deem default entered pursuant to **Rule 55(a)** and proceed to judgment pursuant to **Rule 55(b).** A Certificate of Service confirming proper service on all parties is attached herewith.

**CERTIFICATE OF SERVICE**

I hereby certify that on this **4th** day of September 2025, I served a true and correct copy of the foregoing Motion for Default Judgment, Notice of Motion and Hearing, and this Certificate of Service by first-class mail, postage prepaid, in compliance with Federal Rule of Bankruptcy Procedure 7004(b) and 9014(b), upon the following parties:

U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Office of the U.S. Attorney, Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

Nelnet
121 South 13th Street, Suite 201
Lincoln, NE 68508

Pennsylvania Higher Education Assistance Agency (PHEAA)
1200 North Seventh Street
Harrisburg, PA 17102

Educational Computer Systems, Inc. (ECSI)
181 Montour Run Road
Coraopolis, PA 15108

The Pennsylvania State University – Office of General Counsel
227 West Beaver Avenue, Suite 507
State College, PA 16801

Respectfully submitted,

_____
Kimberly Michele Boddy, Plaintiff Pro Se

UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania

In re: Kimberly Michele Boddy, Debtor

Kimberly Michele Boddy, Plaintiff, Pro Se
v.
United States Department of Education, et al., Defendants

Chapter 7 Case No.: 25-12735-djb
Adversary Proceeding No.: 25-00180-djb

FILING COVER SHEET

Plaintiff, proceeding pro se, respectfully submits the following documents for filing with the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1. Notice of Motion for Default Judgment and Hearing (set for September 25, 2025 at 9:30 A.M. via ZoomGov).
2. Certificate of Service in compliance with Federal Rule of Bankruptcy Procedure 7004(b) and 9014(b).

The Motion for Default Judgment has already been filed with the Court; the attached Notices and Certificate are submitted to properly schedule the hearing and confirm service on all required parties.

Respectfully submitted,

*[signature]*

Kimberly Michele Boddy, Plaintiff Pro Se